UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| D.M.G.F., a minor and MARVIN G. FOREST, as next friend of D.M.G.F., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. 4:10CV1485 HEA |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Magistrate Judge Medler's Report and Recommendation of May 26, 2011.  Judge Medler recommends that the Plaintiff's requested relief be denied, and therefore the decision of the Commissioner denying social security benefits be affirmed.  Plaintiff has not filed written objections to Judge Medler's recommendation.

The Court has reviewed the entire administrative record and the record of the pleadings filed in this matter.  For the reasons set forth in Judge Medler's thorough and well reasoned Report and Recommendation, the Court adopts Judge Medler's Report and Recommendation in its entirely.

Accordingly,

**IT IS HEREBY ORDERED** that the relief sought by Plaintiff in the Complaint is denied.

**IT IS HEREBY ORDERED** that the decision of the Commissioner is affirmed.

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

Dated this 12th day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE