UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| D.M.G.F., a minor and MARVIN G. FOREST, as next friend of D.M.G.F., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. 4:10CV1485 HEA |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is affirmed.

Dated this 12th day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE